IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20MJ199-1 |
| | : | |
| ALEXANDER HILLEL TREISMAN | : | |

GOVERNMENT'S MOTION TO UNSEAL DOCUMENTS

Now comes the United States of America, by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, and files this Motion to Unseal Documents filed under seal related to the above-captioned case as follows:

The government states that the documents will be provided by the government to defense counsel as part of the government's discovery obligation in the case of *United States v. Alexander Hillel Treisman*, in the Middle District of North Carolina, Criminal Case No. 1:20-cr-208.

WHEREFORE, the government respectfully requests that the Court issue an Order unsealing the documents filed in this case.

This, the 25th day of January, 2021.

    Respectfully submitted,

    MATTHEW G.T. MARTIN
    UNITED STATES ATTORNEY

    /S/ GRAHAM T. GREEN
    GRAHAM T. GREEN
    Assistant United States Attorney
    NCSB #22082
    United States Attorney's Office
    Middle District of North Carolina
    251 N. Main Street
    Winston-Salem, NC  27101
    Phone:  336/333-5351