IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:20MJ199-1 |
| | : | |
| ALEXANDER HILLEL TREISMAN | : | |

## **ORDER**

Good cause having been shown, the government's motion to unseal the case and documents filed in this case is hereby GRANTED:

S0 ORDERED this _____ day of January, 2021.

_____
HONORABLE JOI ELIZABETH PEAKE
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF NORTH CAROLINA